IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMES WIDNER,**
**DOC # 773669**

      **Plaintiff,**

v.                                             Case No. 4:19cv402-MW/MAF

**MICHAEL INCH, et al.,**

      **Defendants.**
_____/

## ORDER REJECTING REPORT AND RECOMMENDATION AND REMANDING CASE TO MAGISTRATE

The Court has considered, without hearing, Plaintiff's Written Objections to Report and Recommendation. ECF No. 12. Plaintiff advises this Court that his facility has been on lockdown since late March 2020 due to the COVID-19 virus, and that he has not received from the Florida Department of Corrections the information he requested relative to his bank account, nor has he been able to access the prison law library. This Court is reluctant to accept the Report and Recommendation which calls for this case to be dismissed for failure to prosecute and failure to comply with a Court order based on such representations. ECF No. 11. Accordingly,

1

**IT IS ORDERED** that this Court **REJECTS** the Report and Recommendation and **REMANDS** this case to the Magistrate Judge to consider setting a timetable for objections from Plaintiff.  The Clerk shall terminate ECF No. 12.

**SO ORDERED on May 28, 2020.**

<u>s/ MARK E. WALKER</u>
**Chief United States District Judge**
